UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRY PROSSER,<br><br>         Plaintiff,<br><br>   v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>         Defendant. | No. 2:14-cv-0009 CKD<br><br><br>ORDER TO SHOW CAUSE |

Under the scheduling order filed January 2, 2014, plaintiff was directed to complete service of process within 21 days from the filing of the complaint and within ten days thereafter to file a certificate reflecting such service. This action was filed January 2, 2014 and the docket reflects no service of process. No answer has been filed nor is there any evidence that plaintiff has taken the proper steps to ensure service of summons.

Accordingly, IT IS HEREBY ORDERED that plaintiff shall within fourteen days from the date of this order to show cause why this action should not be dismissed for lack of prosecution.

Dated: June 5, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 prosser.osc