UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRY PROSSER,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | No. 2:14-cv-0009 CKD<br><br><br>ORDER |

An order to show cause was filed on June 5, 2014 because the docket did not reflect timely service of summons.  Plaintiff has now responded to the order to show cause.  It appears that plaintiff's counsel has undertaken appropriate steps to serve process and a notice of appearance has been filed by defendant.  Accordingly, IT IS HEREBY ORDERED that the June 5, 2014 order to show cause is discharged.

Dated: June 17, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 prosser.osc.dis