UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRY PROSSER,<br><br>  Plaintiff,<br><br> v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>  Defendant. | No.  2:14-cv-0009 CKD<br><br><br>ORDER TO SHOW CAUSE |

This action was filed January 2, 2014.  Defendant has filed an answer.  Pursuant to the order filed January 2, 2014, plaintiff was directed to file a Consent to Assignment or Request for Reassignment within 90 days.  That time has now passed.

Accordingly, IT IS HEREBY ORDERED that plaintiff show cause, in writing, no later than fourteen days from the date of this order, why this action should not be dismissed for failure to comply with the court's orders.  Plaintiff may discharge the order to show cause by filing the requisite consent/request for reassignment form.

Dated:  September 17, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 prosser.cons.osc