UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRY PROSSER,<br><br>   Plaintiff,<br><br> v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>   Defendant. | No. 2:14-cv-0009 CKD<br><br><br>ORDER |

  Defendant has filed an answer in this action. Pursuant to the scheduling order, the time has now passed for plaintiff to file a motion for summary judgment and/or motion for remand. Plaintiff was ordered to show cause why the action should not be dismissed for lack of prosecution. Plaintiff has filed a response.

  Accordingly, IT IS HEREBY ORDERED that:

  1. The November 12, 2014 order to show cause is discharged.

////

////

////

////

////

1

2. Plaintiff shall file a motion for summary judgment no later than January 5, 2015. Failure to timely file the motion for summary judgment will result in dismissal of the action without prejudice.

Dated: December 2, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

prosser.ss.dis.eot