BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration
JEFFREY CHEN, CSBN 260516
Special Assistant United States Attorney
    Social Security Administration
    333 Market St., Suite 1500
    San Francisco, CA  94105
    Telephone: (415) 977-8939
    Facsimile: (415) 744-0134
    Email: Jeffrey.Chen@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | | |
|---|---|---|
| SHERRY RENEE PROSSER, | ) | Civil No. 2:14-cv-00009-CKD |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ~~PROPOSED~~ ORDER** |
| | ) | **FOR A FIRST EXTENSION OF TIME** |
| v. | ) | **FOR DEFENDANT TO FILE HER** |
| | ) | **MOTION FOR SUMMARY JUDGMENT** |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a first extension of time of 30 days to file her motion for summary judgment.  Defendant respectfully requests this additional time because of a heavy workload despite due diligence and because of a recent illness that caused him to miss time from the office.

Stip. to Extend Def.'s MSJ

1

The new due date for Defendant's motion for summary judgment will be Wednesday, March 4, 2015.

                                          Respectfully submitted,

Date: *February 4, 2015*                  TED ROBERT HENDRICKSON

                            By:    */s/ Ted Robert Hendrickson\**
                                        TED ROBERT HENDRICKSON
                                        *\* By email authorization on Feb. 4, 2015*
                                        Attorney for Plaintiff

Date: *February 4, 2015*                  BENJAMIN B. WAGNER
                                        United States Attorney

                            By:    */s/ Jeffrey Chen*
                                        JEFFREY CHEN
                                        Special Assistant United States Attorney
                                        Attorneys for Defendant

                                        <u>ORDER</u>

APPROVED AND SO ORDERED:

Dated: February 5, 2015

                                        CAROLYN K. DELANEY
                                        UNITED STATES MAGISTRATE JUDGE